# EXHIBIT B

US00D499177S

(12) **United States Design Patent** (10) Patent No.: **US D499,177 S**
Kosmider et al. (45) Date of Patent: ** Nov. 30, 2004

(54) **FILTER ELEMENT HAVING OVAL SHAPE**

(75) Inventors: **Kristofer G. Kosmider**, Bloomington, MN (US); **Steven A. Johnson**, Ridgecrest, CA (US); **Thomas D. Raether**, St. Louis Park, MN (US)

(73) Assignee: **Donaldson Company, Inc.**, Minneapolis, MN (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/164,772**

(22) Filed: **Jul. 31, 2002**

Related U.S. Application Data

(63) Continuation of application No. 10/145,288, filed on May 13, 2002, and a continuation of application No. 09/608,774, filed on Jun. 30, 2000, now Pat. No. 6,387,162.

(51) LOC (7) Cl. .................................................. **23-04**
(52) U.S. Cl. .................................................. **D23/365**
(58) Field of Search ............................. D23/209, 365; 210/497.01; 95/273; 55/497, 498

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,072,906 A | 3/1937 | Rosenberger |
| 2,952,332 A | 9/1960 | Metro |
| 3,131,044 A | 4/1964 | Springer |
| 3,327,458 A | 6/1967 | Auckland |
| 3,421,295 A | 1/1969 | Swift et al. |
| 3,475,884 A | 11/1969 | Kulzer |
| 3,524,304 A | 8/1970 | Wittemeier et al. |
| 3,830,042 A | 8/1974 | MacDonnell |
| 3,891,418 A | 6/1975 | Burger et al. |
| 4,072,484 A | 2/1978 | Carre |
| 4,187,091 A | 2/1980 | Durre et al. |
| 4,343,632 A | 8/1982 | Margraf |
| 4,345,924 A | 8/1982 | Margraf |
| 4,395,269 A | 7/1983 | Schuler |
| 4,415,343 A | 11/1983 | Margraf |
| 4,496,377 A | 1/1985 | Margraf |
| 4,504,293 A | 3/1985 | Gillingham et al. |
| D283,621 S | 4/1986 | Gauer et al. |
| 4,661,131 A | 4/1987 | Howeth |
| 4,746,339 A | 5/1988 | Millard |
| 4,968,424 A | 11/1990 | Plaisier |
| 5,062,867 A | 11/1991 | Klimczak |
| 5,074,896 A | 12/1991 | Baert et al. |
| 5,173,098 A | 12/1992 | Pipkorn |
| 5,238,474 A | 8/1993 | Kahlbaugh et al. |
| 4,395,269 A | 8/1994 | Schuler |
| 5,730,766 A | 3/1998 | Clements |
| D417,268 S | 11/1999 | Gillingham |
| D421,649 S * | 3/2000 | Cappuyns .................. D23/365 |
| D438,214 S * | 2/2001 | Gieseke et al. ................ D15/5 |
| 6,485,544 B1 * | 11/2002 | Ziske .......................... 95/273 |
| D471,623 S * | 3/2003 | Gieseke et al. ............ D23/365 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| DE | 26 25 578 A1 | 12/1977 |
| DE | 27 44 037 A1 | 4/1979 |
| GB | 2 195 558 A | 4/1988 |

* cited by examiner

Primary Examiner—Robin V. Taylor
(74) Attorney, Agent, or Firm—Merchant & Gould P.C.

(57) **CLAIM**

The ornamental design for filter element having oval shape, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of a filter element embodying our new design;
FIG. **2** is a front elevational view thereof, the rear elevational view being a mirror-image thereof;
FIG. **3** is a right elevational view thereof, the left elevational view being a mirror-image thereof; and,
FIG. **4** is a top plan view thereof.
The bottom plan view is not depicted as it is plain and unornamented.

**1 Claim, 4 Drawing Sheets**



**FIG. 1**



FIG. 2



FIG. 3



FIG. 4

